**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JASON WAYNE BROWN**                                                        **PLAINTIFF**

**v.**                                              **Case No. 3:24-cv-00206-KGB**

**SUSAN DUFFEL**, *et al.*                                                      **DEFENDANTS**

<u>**ORDER**</u>

When plaintiff Jason Wayne Brown filed this lawsuit, he was in custody at the Poinsett County Detention Center ("PCDC") (Dkt. No. 2).   On November 15, 2024, January 6, 2025, and February 12, 2025, mail to Brown at the PCDC was returned undeliverable (Dkt. Nos. 4; 6; 8).   As a result, on March 18, 2025, this Court entered a show cause Order to require Brown to inform the Court of his current contact information within 30 days of the entry of the Order (Dkt. No. 9).   The Court advised Brown that failure to provide the Court with a valid mailing address within 30 days of the entry of this Order could result in dismissal of his case without prejudice (Dkt. No. 9).   *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas.   As of the date of this Order, Brown has not complied with or otherwise responded to the Court's March 18, 2025, Order, and the time for doing so has passed. Accordingly, the Court adopts the pending Proposed Findings and Recommendation and dismisses without prejudice Brown's complaint for failure to prosecute (Dkt. Nos. 7; 2).   The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 9th day of April, 2026.

_____
Kristine G. Baker
Chief United States District Judge