## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JASON WAYNE BROWN                                                    PLAINTIFF

v.                            Case No. 3:24-cv-00206-KGB

SUSAN DUFFEL, *et al.*                                               DEFENDANTS

### JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Jason Wayne Brown's complaint is dismissed without prejudice (Dkt. No. 2).    The relief sought is denied.    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal is considered frivolous and not in good faith.

So adjudged this 9th day of April, 2026.

_____
Kristine G. Baker
Chief United States District Court Judge